

# NUMBER 13-18-00680-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI—EDINBURG

---

**ROGELIO RODRIGUEZ,**                                  **Appellant,**

**v.**

**NICOLAS GOLARTE D/B/A
TALK N TALK WIRELESS &
SATELLITES**                                 **Appellee.**

---

### On appeal from the 389th District Court
### of Hidalgo County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

Appellant Rogelio Rodriguez filed his notice of appeal on December 19, 2018. This cause is now before the Court on an opposed motion to dismiss for want of jurisdiction filed by appellee Nicolas Golarte d/b/a Talk N Talk Wireless & Satellites.

The Court, having examined and fully considered appellee's opposed motion to dismiss, response from appellant, and reply from appellee, is of the opinion that the motion should be carried with the case pending further order of this Court. In light of appellee's position, the Court hereby requests the parties address the jurisdictional issue raised by appellees in their motion. *See* TEX. R. APP. P. 38.7 ("A brief may be amended or supplemented whenever justice requires, on whatever terms the court may prescribe."); *see also id.* R. 38.1(i) ("The brief must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of March, 2019.